DEWS CONSTRUCTION CORP. v.
BANK BUILDING ASSOCIATES.

April 18, 1978. Petition for certification denied.


PASQUALE PEZZUTO v. STEELCO, DIVISION OF
METROPOLITAN STEEL INDUSTRIES, INC.

April 18, 1978. Petition for certification denied.


STATE OF NEW JERSEY v. ROBERT EARL HOLMES.

April 18, 1978. Petition for certification denied.


ROBERT G. SALIBA v.
AMERICAN POLICYHOLDERS INSURANCE CO.

April 18, 1978. Petition for certification denied.


STATE OF NEW JERSEY v. JOYCE KEMPEN.

April 18, 1978. Petition for certification denied.


JOSEPH FILOS v. GROUP FINANCIAL INVESTORS.

April 18, 1978. Petition for certification denied.